No. 83–5552.   TAYLOR *v.* CURRY, WARDEN.   C. A. 2d Cir. Certiorari denied.

No. 83–5559.   WALD *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, COUNCIL NO. 42, LOCAL 357.   C. A. 9th Cir.   Certiorari denied.

No. 83–5561.   NEAL *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. Fed. Cir.   Certiorari denied.

No. 83–5562.   OWENS *v.* MORDER.   C. A. 3d Cir.   Certiorari denied.

No. 83–5564.   HERSHIPS *v.* MacCLAREN ET AL.   Sup. Ct. Cal. Certiorari denied.

No. 83–5568.   DAVIS *v.* CLYMER, DEPUTY SUPERINTENDENT, CAMP HILL, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–5569.   LONG *v.* KIRK ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 83–5574.   UDELL *v.* STATE DEPARTMENT OF MASSACHUSETTS ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 83–5576.   HENSLEY *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–5577.   KNIGHTS *v.* WOLFF, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 83–5582.   BROWN *v.* HOPPER.   C. A. 4th Cir.   Certiorari denied.

No. 83–5585.   ODOM *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 83–5588.   POLK *v.* KRAMARSKY, COMMISSIONER OF THE NEW YORK STATE DIVISION OF HUMAN RIGHTS, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–5600.   QUERO *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.